| | |
|---|---|
| 1 | Michael P. Cillo (CO # 14955) |
| 2 | Patrick J. Kanouff (CO # 26121)<br>Davis & Ceriani, P.C. |
| 3 | 1350 17th Street, Suite 400<br>Denver, CO 80202 |
| 4 | Telephone:   303.534.9000<br>Facsimile:   303.534.4618 |
| 5 | E-mail:   mcillo@davisandceriani.com<br>          pkanouff@davisandceriani.com |
| 6 | Michael J. LaVelle, No. 002269 |
| 7 | Matthew K. LaVelle, No. 018828<br>LaVelle & LaVelle, P.L.C. |
| 8 | Camelback Esplanade II Center<br>2525 East Camelback Road, Suite 888 |
| 9 | Phoenix, AZ 85016-4280<br>Telephone:   602.279.2100 |
| 10 | Facsimile:   602.279.2114<br>E-mail:   mjl@lavelle-lavelle.com |
| 11 |           matt@lavelle-lavelle.com |
| 12 | Attorneys for Plaintiff |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, an Illinois Life Insurance Company | Case No.  3:09-cv-08162-MHB |
| | Case Assigned To: |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| ROBERT W. BAIRD & CO., Inc., a Wisconsin corporation, M.L. STERN & CO., LLC, a California corporation, EDWARD JONES, L.P., a Missouri limited partnership, THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF YAVAPAI, a political subdivision of the State of Arizona, THE TOWN OF PRESCOTT VALLEY, a political subdivision of the State of Arizona, PRESCOTT VALLEY EVENT CENTER, LLC, an Arizona limited | |

1

liability company, PRESCOTT VALLEY SIGNATURE ENTERTAINMENT, LLC, an Arizona limited liability company, GLOBAL ENTERTAINMENT CORP., a Nevada corporation, FAIN SIGNATURE GROUP, LLC, an Arizona limited liability company, KUTAK ROCK LLP, a Nebraska limited liability partnership, STINSON, MORRISON, HECKER LLP, a Missouri limited liability partnership, TL HOCKING & ASSOCIATES, LLC, an Arizona limited liability company, THOMAS L. HOCKING, W. JAMES TRELIVING, RICHARD KOZUBACK, individuals,

Defendants.

This Corporate Disclosure Statement is filed on behalf of Allstate Life Insurance Company in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing parte hereby declares as follows:**

Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

<u>Allstate Insurance Company</u>      Relationship: <u>Parent</u>

Publicly held corporation, not a party to the case, with a financial interest in the outcome.

<u>Allstate Insurance Company</u>      Relationship: <u>Parent</u>

2

**A supplemental disclosure statement will be filed upon any changes in the information provided herein.**

Dated: September 22, 2009

**DAVIS & CERIANI, P.C.**

By:        s/Michael P. Cillo
    Michael P. Cillo (CO # 14955)
    Patrick J. Kanouff (CO # 26121)
    Davis & Ceriani, P.C.
    1350 17th Street, Suite 400
    Denver, CO 80202
    Telephone: 303.534.9000
    Facsimile: 303.534.4618
    E-mail:     mcillo@davisandceriani.com
                 pkanouff@davisandceriani.com

**-and-**

**LAVELLE & LAVELLE, P.L.C.**

By:        s/Matthew K. LaVelle
    Michael J. LaVelle, No. 002269
    Matthew K. LaVelle, No. 018828
    Camelback Esplanade II Center
    2525 East Camelback Road, Suite 888
    Phoenix, AZ 85016-4280
    Telephone: 602.279.2100
    Facsimile: 602.279.2114
    E-mail:     mjl@lavelle-lavelle.com
                 matt@lavelle-lavelle.com

**ATTORNEYS FOR PLAINTIFFS**