IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In Re: Allstate Life Insurance Company Litigation | No. CV-09-08162-PCT-GMS<br><br>**ORDER** |
|---|---|

**IT IS ORDERED** setting a telephonic status conference for **October 10, 2012 at 2:00 p.m.** The parties are directed to call the **dial in conference operator at 1-866-802-1366, participant access code is 14726024**, no later than five minutes before the conference is to begin from a landline, no cell phone and/or speaker phone.

**IT IS FURTHER ORDERED** that the parties are expected to be prepared to inform the Court at the status conference the following:

    a.    Defendants who seek to file more than one motion for summary judgment during the pendency of this litigation will indicate: (1) the nature of the motion(s) it wishes to file; (2) why it would be more efficient to the parties to permit the filing of such additional motion(s); and (3) why it would not overburden the Court to permit multiple filings given the many parties in this case.

    b.    The parties are further to inform the Court what steps they have taken to settle this suit.

c. The deadline for meaningful settlement talks.

Dated this 3rd day of October, 2012.

*G. Murray Snow*
G. Murray Snow
United States District Judge

- 2 -